**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PLEZ JOHNSON, JR.,
    Plaintiff,

vs.                                              Case No.:  3:04cv397/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

        This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 30, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

        Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

        2.  Plaintiff's Motion For Attorney Fees And Costs (Doc. 22) is granted as follows:

Plaintiff's counsel, Byron A. Lassiter, Esquire, is entitled to recover fees in the amount of $1,887.50 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.

        **DONE AND ORDERED** this 3rd day of August, 2006.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**