**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PLEZ JOHNSON, JR.,
    Plaintiff,

vs.                                        Case No.: 3:04cv397/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 30, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Petitioner's "Petition for Authorization of Attorney Fees" (Doc. 26) is **GRANTED**. Petitioner shall be awarded attorney's fees in the amount of $9,600.38, to be paid out of the sums withheld by the Commissioner from Plaintiff's past due benefits and sums withheld from auxiliary benefits awarded to Plaintiff's children.

      3.  Upon receipt of attorney's fees in the amount of $9,600.38 pursuant to 42 U.S.C. § 406(b), Petitioner shall immediately refund to Plaintiff the previously awarded EAJA sum of $1,887.50.

      **DONE AND ORDERED** this 3rd day of July, 2008.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**